# In The United States Court of Federal Claims

No. 09-00004C

(Filed: February 10, 2009)

_____

PAUL MENDES,

            Plaintiff,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

      On January 5, 2009, this case was transferred to this court from the United States District Court for the District of Massachusetts. Pursuant to RCFC 3.1(a)(4), copies of the complaint, containing the necessary changes in the caption and duplicated in conformity with RCFC 5.5, were to be filed on or before February 5, 2009. The court has not yet received these copies. Accordingly:

1. On or before February 19, 2009, plaintiff shall file copies of his transfer complaint with this court; and

2. If plaintiff fails to file his complaint by February 19, 2009, this matter shall be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge