# In The United States Court of Federal Claims

No. 09-00004C

(Filed: February 24, 2009)

_____

PAUL MENDES,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On January 5, 2009, this case was transferred to this court from the United States District Court for the District of Massachusetts.  Pursuant to RCFC 3.1(a)(4), copies of the complaint, containing the necessary changes in the caption and duplicated in conformity with RCFC 5.5, were to be filed by plaintiff on or before February 5, 2009.  By that date, plaintiff had not filed its transfer complaint, and, on February 10, 2009, the court ordered plaintiff to do so by February 19, 2009, or risk having this complaint dismissed for lack of prosecution.  Because plaintiff has not filed his complaint to date, the Clerk is hereby ordered to dismiss this complaint for lack of prosecution.

      **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge